IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:18-cv-07362-JTM-DMD |

## **UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, the United States of America, pursuant to Federal Rule of Civil Procedure 56, moves for partial summary judgment on the doctrine of constructive receipt applied by Plaintiff in its Complaint. ECF No. 1. The Court should grant the United States' motion for summary judgment and determine that the doctrine of constructive receipt does not apply in this action.

Filed with this Motion[1], in accordance with Local Rules 7.2. 7.4, and 56.1, respectively, is a notice of submission, a memorandum of law, a statement of undisputed material facts, and the Declaration of Elizabeth N. Duncan with Exhibits, from which the facts set forth below are taken.

---

[1] This Motion and the accompanying memorandum of law and notice of submission are filed in response to the notice that our filing of the motion and statement of material facts on August 13, 2019, was deficient. *See* ECF No. 29.

Dated: August 14, 2019					Respectfully submitted,


							RICHARD E. ZUCKERMAN
							Principal Deputy Assistant Attorney General


							*/s/ Elizabeth N. Duncan*
							ELIZABETH N. DUNCAN
							Virginia Bar No. 90685
							Trial Attorney, Tax Division
							U.S. Department of Justice
							P.O. Box 14198
							Washington, D.C. 20044
							(202) 514-6546 (v)
							(202) 514-4963 (f)
							Elizabeth.N.Duncan@usdoj.gov

							Of counsel:

							PETER G. STRASSER
							United States Attorney
							Eastern District of Louisiana

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which send notification to the following counsel of record:

    Michael A. Mayhall
    The Mayhall Law Firm
    724 E. Boston Street
    Covington, Louisiana 70433
    (985) 246-1700
    mike@mayhalltaxlaw.com

    Herbert V. Larson, Jr.
    The Law Offices of Herbert V. Larson, Jr.
    700 Camp Street
    New Orleans, Louisiana 70130
    (504) 528-9500
    hvl@hvllaw.com

                                      */s/ Elizabeth N. Duncan*
                                      ELIZABETH N. DUNCAN
                                      Trial Attorney, Tax Division
                                      United States Department of Justice