IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:18-cv-07362-JTM-DMD |

**UNITED STATES' NOTICE OF SUBMISSION OF**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, the United States of America, in accordance with Local Rule 7.4 of the Eastern District of Louisiana, submits the foregoing Notice of Submission of United States' Motion for Partial Summary Judgment. The United States' Motion for Partial Summary Judgment is set for submission on **Wednesday, September 11, 2019**.

Dated: August 14, 2019              Respectfully submitted,

                                    RICHARD E. ZUCKERMAN
                                    Principal Deputy Assistant Attorney General


                                    */s/ Elizabeth N. Duncan*
                                    ELIZABETH N. DUNCAN
                                    Virginia Bar No. 90685
                                    Trial Attorney, Tax Division
                                    U.S. Department of Justice
                                    P.O. Box 14198
                                    Washington, D.C. 20044
                                    (202) 514-6546 (v)
                                    (202) 514-4963 (f)
                                    Elizabeth.N.Duncan@usdoj.gov

Of counsel:

PETER G. STRASSER
United States Attorney
Eastern District of Louisiana

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which send notification to the following counsel of record:

Michael A. Mayhall
The Mayhall Law Firm
724 E. Boston Street
Covington, Louisiana 70433
(985) 246-1700
mike@mayhalltaxlaw.com

Herbert V. Larson, Jr.
The Law Offices of Herbert V. Larson, Jr.
700 Camp Street
New Orleans, Louisiana 70130
(504) 528-9500
hvl@hvllaw.com

                                         */s/ Elizabeth N. Duncan*
                                         ELIZABETH N. DUNCAN
                                         Trial Attorney, Tax Division
                                         United States Department of Justice