IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE, | ) ) ) | Case No. 2:18-cv-07362-JTM-DMD |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| UNITED STATES OF AMERICA, | ) ) |  |
| Defendant. | ) ) |  |

**UNITED STATES' STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, the United States of America, in accordance with Local Rule 56.1 of the Eastern District of Louisiana, submits this Statement of Material Facts as to which there is no genuine dispute in support of the United States' Motion for Partial Summary Judgment:

1. Charles M. Nice, Jr., predeceased his wife, Mary Ellen Cranmer Nice, in 2002, leaving her substantial assets and accounts, which were sufficient to care for her for the remainder of her life. *See* Compl. ¶ 8.

2. Specifically, Mrs. Nice was the owner and/or beneficiary of the following accounts:

    a. An Individual Investment Account with Fidelity Investments ending in XXX-XX3859.

    b. A Fidelity Traditional IRA account with Fidelity Investments ending XXX-XX5655.

    c. Savings and Investments Plans with TIAA-CREF ending in XXXX34A-3 and XXXX34A-3, respectively.

      d. A retirement account with Louisiana State Employees' Retirement System ("LASERS").

*See* Pl.'s Response to RFA Nos. 50-53, attached as Exhibit 2 to the Declaration of Elizabeth N. Duncan, filed with defendant's Motion.

      3. Between the period of January 1, 2009 through December 31, 2013, distributions were made into Mrs. Nice's Capital One Bank, N.A. checking account ending in XXXXXX9765 from the following sources: the Individual Investment Account; the Fidelity Traditional IRA; the TIAA-CREF Savings and Investment Plans; the LASERS retirement account; and Social Security. *See* Pl.'s Response to RFA No. 54.[1]

Dated: August 14, 2019

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
Virginia Bar No. 90685
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
(202) 514-6546 (v)
(202) 514-4963 (f)
Elizabeth.N.Duncan@usdoj.gov

Of counsel:

PETER G. STRASSER
United States Attorney
Eastern District of Louisiana

---

[1] Plainitff admitted RFA No. 54 in part, admitting that the distributions were made into Mrs. Nice's account and alleging that the distributions were allegedly "diverted by Chip Nice for his personal use."

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which send notification to the following counsel of record:

    Michael A. Mayhall
    The Mayhall Law Firm
    724 E. Boston Street
    Covington, Louisiana 70433
    (985) 246-1700
    mike@mayhalltaxlaw.com

    Herbert V. Larson, Jr.
    The Law Offices of Herbert V. Larson, Jr.
    700 Camp Street
    New Orleans, Louisiana 70130
    (504) 528-9500
    hvl@hvllaw.com

                        */s/ Elizabeth N. Duncan*
                        ELIZABETH N. DUNCAN
                        Trial Attorney, Tax Division
                        United States Department of Justice