IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:18-cv-07362-JTM-DMD |

## DECLARTION OF ELIZABETH N. DUNCAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Elizabeth N. Duncan, declare pursuant to Title 28 United States Code § 1746 as follows:

I. I am employed by the United States Department of Justice as a Trial Attorney for the Tax Division, Civil Trial Section – Southern Region. I represent the United States in the case of the Estate of Mary Ellen Cranmer Nice v. United States of America in the Eastern District of Louisiana. I have prepared this declaration in support of the United States' motion for partial summary judgment.

II. On May 21, 2019, the United States served Plaintiff's counsel with the United States of America's First Request for Admissions. True and correct copies of the United States of America's First Request for Admissions to Plaintiff the Estate of Mary Ellen Cranmer Nice are attached as **Exhibit 1**.

III. On July 5, 2019, the United States received Plaintiff's written responses to the United

States of America's First Request for Admissions to Plaintiff the Estate of Mary Ellen Cranmer Nice. True and correct copies of these responses are attached as **Exhibit 2**.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on the 13th day of August, 2019.

ELIZABETH N. DUNCAN
Trial Attorney, Tax Division
U.S. Department of Justice