IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:18-cv-07362-JTM-DEK |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

**Exhibit 1**

### UNITED STATES OF AMERICA'S FIRST REQUESTS FOR ADMISSION TO PLAINTIFF THE ESTATE OF MARY ELLEN CRANMER NICE

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, the United States, by and through undersigned counsel, requests that Plaintiff the Estate of Mary Ellen Cranmer Nice respond to the following requests for admission.

Plaintiff should serve a **signed original** of its responses to the requests for admission within thirty (30) days after service hereof via Federal Express or UPS to Elizabeth N. Duncan, Tax Division, U.S. Department of Justice, 555 4th Street NW, Room 6905, Washington, D.C. 20001 **or** via U.S. Mail to Elizabeth N. Duncan, Tax Division, U.S. Department of Justice, P.O. Box 14198, Ben Franklin Station, Washington, D.C. 20044.  Please also send an **electronic copy** to be sent via electronic mail to Elizabeth.N.Duncan@usdoj.gov.  If you would like to receive a copy of this document in Microsoft Word (.doc) format, please contact Trial Attorney Elizabeth N. Duncan at Elizabeth.N.Duncan@usdoj.gov

DEFINITIONS

The definitions, instructions and rules of construction set forth in Rule 36 of the Federal Rules of Civil Procedure are hereby incorporated by reference to, and expressly made a part of, these requests. In addition, the United States supplements those definitions, instructions and rules of construction with the following defined terms:

(a) The words "you," "yourself," "your," and "Plaintiff" shall refer to Plaintiff the Estate of Mary Ellen Cranmer Nice and any persons, agents, or representatives acting on the Estate's behalf.

(b) The term "Mrs. Nice" shall refer to Plaintiff the Estate of Mary Ellen Cranmer Nice.

(c) The term "Complaint" means Plaintiff's Complaint (ECF No. 1) filed in the action on August 2, 2018.

(d) The term "period in question" means the period beginning January 1, 2006 through December 31, 2014.

## REQUESTS FOR ADMISSION

1. **Bates number USA-000053-USA-000064** is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2006 submitted to the IRS on or around January 9, 2014.

2. **Bates number USA-000053-USA-000064** bears signatures, including in the name of Mary Ellen Cranmer Nice.

3. **Bates number USA-000053-USA-000064** bears the name and address of Mary Ellen Cranmer Nice.

4. **Bates number USA-000053-USA-000064** bears Mary Ellen Cranmer Nice's Social Security number.

5. **Bates number USA-000053-USA-000064** reports adjusted gross income totaling $297,259.00

6. **Bates number USA-000053-USA-000064** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2006.

7. **Bates number USA-000169-USA-000181** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2007 submitted to the IRS on or around January 9, 2014.

8. **Bates number USA-000169-USA-000181** bears signatures, including in the name of Mary Ellen Cranmer Nice.

9. **Bates number USA-000169-USA-000181** bears the name and address of Mary Ellen Cranmer Nice.

10. **Bates number USA-000169-USA-000181** bears Mary Ellen Cranmer Nice's

Social Security number.

11. **Bates number USA-000169-USA-000181** reports adjusted gross income totaling $303,981.00

12. **Bates number USA-000169-USA-000181** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2007.

13. **Bates number USA-000185-USA-00195** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2009, submitted to the IRS on or around August 2, 2011.

14. **Bates number USA-000185-USA-00195** bears signatures, including in the name of Mary Ellen Cranmer Nice.

15. **Bates number USA-000185-USA-00195** bears the name and address of Mary Ellen Cranmer Nice.

16. **Bates number USA-000185-USA-00195** bears Mary Ellen Cranmer Nice's Social Security number.

17. **Bates number USA-000185-USA-00195** reports adjusted gross income totaling $340,874.00

18. **Bates number USA-000185-USA-00195** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2009.

19. **Bates number USA-000212-USA-000221** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2010 submitted to the IRS on or around April 16, 2013.

20. **Bates number USA-000212-USA-000221** bears signatures, including in the name

of Mary Ellen Cranmer Nice.

21. **Bates number USA-000212-USA-000221** bears the name and address of Mary Ellen Cranmer Nice.

22. **Bates number USA-000212-USA-000221** bears Mary Ellen Cranmer Nice's Social Security number.

23. **Bates number USA-000212-USA-000221** reports adjusted gross income totaling $237,026.00

24. **Bates number USA-000212-USA-000221** does not include any indication that it is **<u>not</u>** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2010.

25. **Bates number USA-000302-USA-000310** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2011 submitted to the IRS on or around April 16, 2013.

26. **Bates number USA-000302-USA-000310** bears signatures, including in the name of Mary Ellen Cranmer Nice.

27. **Bates number USA-000302-USA-000310** bears the name and address of Mary Ellen Cranmer Nice.

28. **Bates number USA-000302-USA-000310** bears Mary Ellen Cranmer Nice's Social Security number.

29. **Bates number USA-000302-USA-000310** reports adjusted gross income totaling $266,970.00

30. **Bates number USA-000302-USA-000310** does not include any indication that it is **<u>not</u>** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2011.

31. **Bates number USA-000439-USA-000451** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2012 submitted to the IRS on or around January 9, 2014.

32. **Bates number USA-000439-USA-000451** bears signatures, including in the name of Mary Ellen Cranmer Nice.

33. **Bates number USA-000439-USA-000451** bears the name and address of Mary Ellen Cranmer Nice.

34. **Bates number USA-000439-USA-000451** bears Mary Ellen Cranmer Nice's Social Security number.

35. **Bates number USA-000439-USA-000451** reports adjusted gross income totaling $248,205.00

36. **Bates number USA-000439-USA-000451** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2012.

37. **Bates number USA-000456-USA-000481** is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2013 submitted to the IRS on or around April 15, 2014.

38. **Bates number USA-000439-USA-000451** bears signatures, including in the name of Mary Ellen Cranmer Nice.

39. **Bates number USA-000439-USA-000451** bears the name and address of Mary Ellen Cranmer Nice.

40. **Bates number USA-000439-USA-000451** bears Mary Ellen Cranmer Nice's Social Security number.

41. **Bates number USA-000439-USA-000451** reports adjusted gross income totaling $248,714.00

42. **Bates number USA-000439-USA-000451** does not include any indication that is **<u>not</u>** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2013.

43. **Bates number Nice-000001-Nice-002038** attached to these requests are true and correct copies of the documents provided to the United States pursuant to Plaintiff's Initial Disclosures.

44. **Bates number Nice-000594-Nice-000601** is a true and correct copy of the power of attorney from Mary Ellen Cranmer Nice to Charles M. Nice, III dated October 26, 2011.

45. The above-referenced power of attorney bears the signature of Mary Ellen Cranmer Nice.

46. **Bates number Nice-000215-Nice-000216** is a true and correct copy of the Judgment entered by the Judge of the Civil District Court, Parish of Orleans, Division "C", State of Louisiana, on June 16, 2016, declaring the above-referenced power of attorney to be void *ab initio*, in accordance with Louisiana Civil Code Articles 2030 and 2033.

47. The above-referenced power of attorney was in effect when Plaintiff's 2006, 2007, 2009, 2010, 2011, and 2013 tax returns were filed with the IRS.

48. From October 26, 2011 until June 16, 2016, Charles M. Nice, III had the apparent authority to make decisions, including financial decisions, on behalf of Mary Ellen Cranmer Nice as her power of attorney.

49. During the period in question, Mary Ellen Cranmer Nice was the sole signator of a checking account at Capital One Bank, N.A. with the following account number: ▉9765 (the "Checking Account").

50. During the period in question, Mary Ellen Cranmer Nice owned an Individual Investment Account with Fidelity Investments with the following account number: ▉3859.

51. During the period in question, Mary Ellen Cranmer Nice owned a Fidelity Traditional IRA account with Fidelity Investments with the following account number: ▉5655.

52. During the period in question, Mary Ellen Cranmer Nice owned Savings and Investments Plans with TIAA-CREF with the following account numbers: ▉34A-3 and ▉34A-1.

53. During the period in question, Mary Ellen Cranmer Nice had a retirement account with Louisiana State Employees' Retirement System ("LASERS").

54. Between the period of January 1, 2009 through December 31, 2013, distributions were made into Mary Ellen Cranmer Nice's Checking Account from the following accounts: the Individual Investment Account; Fidelity Traditional IRA; TIAA-CREF Savings and Investment Plans; the LASERS retirement account; and Social Security.

55. Charles M. Nice, III never claimed the distributions from the accounts referenced in Requests for Admission No. 50-53 as income to him on a federal income tax return (*i.e.*, a Form 1040).

56. Charles M. Nice, III lived with his mother, Mary Ellen Cranmer Nice at 508

Millaudon Street, New Orleans, Louisiana, until November 7, 2014.

57. Mary Ellen Cranmer Nice's husband, Charles M. Nice, Jr., died on October 28, 2002.

58. Following the death of Charles M. Nice, Jr., Charles M. Nice, III, was named as executor of Charles M. Nice, Jr.'s estate (the "Estate").

59. Charles M. Nice, III, remained executor of the Estate until his death.

60. As executor of the Estate, Charles M. Nice, III managed Mary Ellen Cranmer Nice's financial affairs for a period of approximately twelve years.

61. As executor of the Estate, Charles M. Nice, III maintained the home located at 508 Millaudon Street, New Orleans, Louisiana, for a period of approximately twelve years.

62. Charles M. Nice, III died on January 1, 2015.

63. Mary Ellen Cranmer Nice died on March 21, 2019.

64. Neither Mary Ellen Cranmer Nice, nor any representative, agent, or family member acting on her behalf, filed a lawsuit against Charles M. Nice, III or a representative of his estate for the recovery of funds that were allegedly diverted by him.

Dated: May 21, 2019						Respectfully submitted,

								RICHARD E. ZUCKERMAN
								Principal Deputy Assistant Attorney General


								*/s/ Elizabeth N. Duncan*
								ELIZABETH N. DUNCAN
								Virginia Bar No. 90685
								Trial Attorney, Tax Division
								U.S. Department of Justice
								P.O. Box 14198
								Washington, D.C. 20044
								Or (202) 514-6546 (v)
								(202) 514-4963 (f)
								Elizabeth.N.Duncan@usdoj.gov

								Of counsel

								PETER G. STRASSER
								United States Attorney
								Eastern District of Louisiana

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May 2019, I served the foregoing United States of America's First Requests for Admissions to Plaintiff the Estate of Mary Ellen Cranmer Nice via electronic mail and Federal Express to the following counsel of record:

Michael A. Mayhall
The Mayhall Law Firm
724 E. Boston Street
Covington, Louisiana 70433
(985) 246-1700
mike@mayhalltaxlaw.com

Herbert V. Larson, Jr.
The Law Offices of Herbert V. Larson, Jr.
700 Camp Street
New Orleans, Louisiana 70130
(504) 528-9500
hvl@hvllaw.com


*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
Trial Attorney, Tax Division
United States Department of Justice