IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

THE ESTATE OF MARY ELLEN            )
CRANMER NICE,                       )
                                    )
            Plaintiff,              )
                                    )
    v.                              )    CASE NO. 2:18-cv-07362-JTM-DEK
                                    )
UNITED STATES OF AMERICA,   )
                                    )
            Defendant.              )
_____      )

**EXHIBIT 2**

**PLAINTIFF'S RESPONSES TO UNITED STATES OF AMERICA'S**
**FIRST REQUEST FOR ADMISSIONS**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Plaintiff, The Estate of Mary Ellen Cranmer Nice, through undersigned counsel, hereby responds to the United States of America's First Request for Admissions, as follows:

**REQUEST FOR ADMISSION NO. 1:**

**Bates number USA-000053-USA-000064** is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2006 submitted to the IRS on or around January 9, 2014.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Denied.   Neither Plaintiff nor any authorized agent of Mary Ellen Nice or Plaintiff submitted the Form 1040 shown on Bates number USA-000053-USA-000064.  Further, Mary Ellen Nice was financially disabled after February 2008 and any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040. Further, neither Plaintiff nor any of Plaintiff's legally authorized agents or representatives had any part in preparing the

document shown on Bates number USA-000053-USA-000064.  However, based on the stamps shown on the Form 1040 shown on Bates number USA-000053-USA-000064, it is a copy of a Form 1040 submitted to  the Internal Revenue Service ("IRS") by Charles M. Nice, III ("Chip").

**REQUEST FOR ADMISSION NO. 2:**

**Bates number USA-000053-USA-000064** bears signatures, including in the name of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Denied.   The documents shown on Bates number USA-000053-USA-000064 bears signatures, but not that of Mary Ellen Nice.  Any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.

**REQUEST FOR ADMISSION NO. 3:**

**Bates number USA-000053-USA-000064** bears the name and address of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:**

**Bates number USA-000053-USA-000064** bears Mary Ellen Cranmer Nice's Social Security number.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

**Bates number USA-000053-USA-000064** reports adjusted gross income totaling $297,259.00.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Denied. The documents shown on Bates number USA-000053-USA-000064 show adjusted gross income totaling $297,259.00, but this adjusted gross income is not the adjusted gross income of Plaintiff or Mary Ellen Nice for the tax year 2006. See Plaintiff's claim for refund filed with the IRS which accurately shows her adjusted gross income for 2006.

**REQUEST FOR ADMISSION NO. 6:**

**Bates number USA-000053-USA-000064** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2006.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Denied. An invalid, illegal, unauthorized and/or forged tax return does not have to indicate and would not normally indicate on its face that it is not the return of Mary Ellen Nice for the year ending December 31, 2006. As stated in Plaintiff's claim for refund, Charles M. Nice, III ("Chip") prepared forged/illegal returns in an attempt to hide the fact that he was diverting Plaintiff's funds for his own use.

**REQUEST FOR ADMISSION NO. 7:**

**Bates number USA-000169-USA-000181** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2007 submitted to the IRS on or around January 9, 2014.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Denied. Neither Plaintiff nor any authorized agent of Mary Ellen Nice or Plaintiff submitted the Form 1040 shown on Bates number USA-000169-USA-000181. Further, Mary

Ellen Nice was financially disabled after February 2008 and any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.  Further, neither Plaintiff nor any of Plaintiff's legally authorized agents or representatives had any part in preparing the document shown on Bates number USA-000169-USA-000181, however the document appears to be as described.  However, based on the stamps shown on the Form 1040 shown on Bates number USA-000169-USA-000181, it is a copy of a Form 1040 submitted to the Internal Revenue Service ("IRS") by Charles M. Nice, III ("Chip").

**REQUEST FOR ADMISSION NO. 8:**

**Bates number USA-000169-USA-000181** bears signatures, including in the name of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Denied.  The documents shown on Bates number USA-000169-USA-000181 bears signatures, but not that of Mary Ellen Nice.  Any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.

**REQUEST FOR ADMISSION NO. 9:**

**Bates number USA-000169-USA-000181** bears the name and address of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Admitted.

**REQUEST FOR ADMISSION NO. 10**

     **Bates number USA-000169-USA-000181** bears Mary Ellen Cranmer Nice's Social Security number.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

     Admitted.

**REQUEST FOR ADMISSION NO. 11:**

     **Bates number USA-000169-USA-000181** reports adjusted gross income totaling $303,981.00.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

     Denied. The documents shown on Bates number USA-000169-USA-000181 show adjusted gross income totaling $303,981.00, but this adjusted gross income is not the adjusted gross income of Plaintiff or Mary Ellen Nice for the tax year 2007. See Plaintiff's claim for refund filed with the IRS which accurately shows her adjusted gross income for 2007.

**REQUEST FOR ADMISSION NO. 12:**

     **Bates number USA-000169-USA-000181** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2007.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

     Denied. An invalid, illegal, unauthorized and/or forged tax return does not have to indicate and would not normally indicate on its face that it is not the return of Mary Ellen Nice for the year ending December 31, 2007. As stated in Plaintiff's claim for refund, Charles M. Nice, III ("Chip") prepared forged/illegal returns in an attempt to hide the fact that he was diverting Plaintiff's funds for his own use.

**REQUEST FOR ADMISSION NO. 13:**

**Bates number USA-000185-USA-00195** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2009, submitted to the IRS on or around August 2, 2011.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Denied.  Neither Plaintiff nor any authorized agent of Mary Ellen Nice or Plaintiff submitted the Form 1040 shown on Bates number USA-000185-USA-000195.  Further, Mary Ellen Nice was financially disabled after February 2008 and any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.  Further, neither Plaintiff nor any of Plaintiff's legally authorized agents or representatives had any part in preparing the document shown on Bates number USA-000185-USA-000195.; however, the document appears to be as described.  However, based on the stamps shown on the Form 1040 shown on Bates number USA-000185-USA-000195, it is a copy of a Form 1040 submitted to  the Internal Revenue Service ("IRS") by Charles M. Nice, III ("Chip") though the date of submission of August 2, 2011 cannot be verified by looking at the document provided..

**REQUEST FOR ADMISSION NO. 14:**

**Bates number USA-000185-USA-00195** bears signatures, including in the name of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

Denied. The documents shown on Bates number USA-000185-USA-000195 bears signatures, but not that of Mary Ellen Nice. Any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008. In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.

**REQUEST FOR ADMISSION NO. 15:**

**Bates number USA-000185-USA-00195** bears the name and address of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Admitted.

**REQUEST FOR ADMISSION NO. 16:**

**Bates number USA-000185-USA-00195** bears Mary Ellen Cranmer Nice's Social Security number.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Admitted.

**REQUEST FOR ADMISSION NO. 17:**

**Bates number USA-000185-USA-00195** reports adjusted gross income totaling $340,874.00.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Denied. The documents shown on Bates number USA-000185-USA-000195 show adjusted gross income totaling $340,874.00, but this adjusted gross income is not the adjusted gross income of Plaintiff or Mary Ellen Nice for the tax year 2009. See Plaintiff's claim for refund filed with the IRS which accurately shows her adjusted gross income for 2009.

**REQUEST FOR ADMISSION NO. 18:**

**Bates number USA-000185-USA-00195** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2009.

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Denied.  An invalid, illegal, unauthorized and/or forged tax return does not have to indicate and would not normally indicate on its face that it is not the return of Mary Ellen Nice for the year ending December 31, 2009.  As stated in Plaintiff's claim for refund, Charles M. Nice, III ("Chip") prepared forged/illegal returns in an attempt to hide the fact that he was diverting Plaintiff's funds for his own use.

**REQUEST FOR ADMISSION NO. 19:**

**Bates number USA-000212-USA-000221** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2010 submitted to the IRS on or around April 16, 2013.

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Denied.  Neither Plaintiff nor any authorized agent of Mary Ellen Nice or Plaintiff submitted the Form 1040 shown on Bates number USA-000211-USA-000220.  Further, Mary Ellen Nice was financially disabled after February 2008 and any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.  Further, neither Plaintiff nor any of Plaintiff's legally authorized agents or representatives had any part in preparing the document shown on Bates number USA-000211-USA-000220, however the document appears to be as described.  However, based on the stamps shown on the Form 1040 shown on Bates

number USA-000211-USA-000220, it is a copy of a Form 1040 submitted to the Internal Revenue Service ("IRS") by Charles M. Nice, III ("Chip").

**REQUEST FOR ADMISSION NO. 20:**

**Bates number USA-000212-USA-000221** bears signatures, including in the name of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Denied. The documents shown on Bates number USA-000211-USA-000220 bears signatures, but not that of Mary Ellen Nice. Any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008. In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.

**REQUEST FOR ADMISSION NO. 21:**

**Bates number USA-000212-USA-000221** bears the name and address of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Admitted, subject to and adding only that the document referred to appears to begin on Bates number 000211 and ends on Bates number 000220.

**REQUEST FOR ADMISSION NO. 22:**

**Bates number USA-000212-USA-000221** bears Mary Ellen Cranmer Nice's Social Security number.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Admitted, subject to and adding only that the document referred to appears to begin on Bates number 000211 and ends on Bates number 000220.

**REQUEST FOR ADMISSION NO. 23:**

**Bates number USA-000212-USA-000221** reports adjusted gross income totaling $237,026.00.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Denied. The documents shown on Bates number USA-000211-USA-000220 show adjusted gross income totaling $237,026.00, but this adjusted gross income is not the adjusted gross income of Plaintiff or Mary Ellen Nice for the tax year 2010.  See Plaintiff's claim for refund filed with the IRS which accurately shows her adjusted gross income for 2010.

**REQUEST FOR ADMISSION NO. 24:**

**Bates number USA-000212-USA-000221** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2010.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Denied.  An invalid, illegal, unauthorized and/or forged tax return does not have to indicate and would not normally indicate on its face that it is not the return of Mary Ellen Nice for the year ending December 31, 2010.  As stated in Plaintiff's claim for refund, Charles M. Nice, III ("Chip") prepared forged/illegal returns in an attempt to hide the fact that he was diverting Plaintiff's funds for his own use.

**REQUEST FOR ADMISSION NO. 25:**

**Bates number USA-000302-USA-000310** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2011 submitted to the IRS on or around April 16, 2013.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Denied.   Neither Plaintiff nor any authorized agent of Mary Ellen Nice or Plaintiff submitted the Form 1040 shown on Bates number USA-000302-USA-000310.   Further, Mary Ellen Nice was financially disabled after February 2008 and any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.   In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.   Further, neither Plaintiff nor any of Plaintiff's legally authorized agents or representatives had any part in preparing the document shown on Bates number USA-000302-USA-000310, however the document appears to be as described.   However, based on the stamps shown on the Form 1040 shown on Bates number USA-000302-USA-000310,  it is a copy of a Form 1040 submitted to  the Internal Revenue Service ("IRS") by Charles M. Nice, III ("Chip").

**REQUEST FOR ADMISSION NO. 26:**

**Bates number USA-000302-USA-000310** bears signatures, including in the name of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Denied. The documents shown on Bates number USA-000302-USA-000310 bears signatures, but not that of Mary Ellen Nice.  Any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.

**REQUEST FOR ADMISSION NO. 27:**

**Bates number USA-000302-USA-000310** bears the name and address of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Admitted.

**REQUEST FOR ADMISSION NO. 28:**

**Bates number USA-000302-USA-000310** bears Mary Ellen Cranmer Nice's Social Security number.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Admitted.

**REQUEST FOR ADMISSION NO. 29:**

**Bates number USA-000302-USA-000310** reports adjusted gross income totaling $266,970.00.

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Denied. The documents shown on Bates number USA-000302-USA-000310 show adjusted gross income totaling $266,970.00, but this adjusted gross income is not the adjusted gross income of Plaintiff or Mary Ellen Nice for the tax year 2011. See Plaintiff's claim for refund filed with the IRS which accurately shows her adjusted gross income for 2011.

**REQUEST FOR ADMISSION NO. 30:**

**Bates number USA-000302-USA-000310** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2011.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Denied. An invalid, illegal, unauthorized and/or forged tax return does not have to indicate and would not normally indicate on its face that it is not the return of Mary Ellen Nice for the year ending December 31, 2011. As stated in Plaintiff's claim for refund, Charles M. Nice, III ("Chip")

prepared forged/illegal returns in an attempt to hide the fact that he was diverting Plaintiff's funds for his own use.

**REQUEST FOR ADMISSION NO. 31:**

 **Bates number USA-000439-USA-000451** to these requests is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2012 submitted to the IRS on or around January 9, 2014.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

 Denied.   Neither Plaintiff nor any authorized agent of Mary Ellen Nice or Plaintiff submitted the Form 1040 shown on Bates number USA-000442-USA-000451.   Further, Mary Ellen Nice was financially disabled after February 2008 and any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.   In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.   Further, neither Plaintiff nor any of Plaintiff's legally authorized agents or representatives had any part in preparing the document shown on Bates number USA-000442-USA-000451, however the document appears to be as described.   However, based on the stamps shown on the Form 1040 shown on Bates number USA-000442-USA-000451, it is a copy of a Form 1040 submitted to  the Internal Revenue Service ("IRS") by Charles M. Nice, III ("Chip").

**REQUEST FOR ADMISSION NO. 32:**

 **Bates number USA-000439-USA-000451** bears signatures, including in the name of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Denied.  The documents shown on Bates number USA-000442-USA-000451 bears signatures, but not that of Mary Ellen Nice.  Any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.

**REQUEST FOR ADMISSION NO. 33:**

**Bates number USA-000439-USA-000451** bears the name and address of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Admitted, subject to and adding only that the document referred to appears to begin on Bates number 000442

**REQUEST FOR ADMISSION NO. 34:**

**Bates number USA-000439-USA-000451** bears Mary Ellen Cranmer Nice's Social Security number.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Admitted, , subject to and adding only that the document referred to appears to begin on Bates number 000442

**REQUEST FOR ADMISSION NO. 35:**

**Bates number USA-000439-USA-000451** reports adjusted gross income totaling $248,205.00.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Denied.  The documents shown on Bates number USA-000442-USA-000451 show adjusted gross income totaling $248,205.00, but this adjusted gross income is not the adjusted

gross income of Plaintiff or Mary Ellen Nice for the tax year 2012.  See Plaintiff's claim for refund filed with the IRS which accurately shows her adjusted gross income for 2012.

## REQUEST FOR ADMISSION NO. 36:

**Bates number USA-000439-USA-000451** does not include any indication that it is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2012.

## RESPONSE TO REQUEST FOR ADMISSION NO. 36:

Denied.  An invalid, illegal, unauthorized and/or forged tax return does not have to indicate and would not normally indicate on its face that it is not the return of Mary Ellen Nice for the year ending December 31, 2012.  As stated in Plaintiff's claim for refund, Charles M. Nice, III ("Chip") prepared forged/illegal returns in an attempt to hide the fact that he was diverting Plaintiff's funds for his own use.

## REQUEST FOR ADMISSION NO. 37:

**Bates number USA-000456-USA-000481** is a true and correct copy of a Form 1040 with respect to tax year ending December 31, 2013 submitted to the IRS on or around April 15, 2014.

## RESPONSE TO REQUEST FOR ADMISSION NO. 37:

Denied.   Neither Plaintiff nor any authorized agent of Mary Ellen Nice or Plaintiff submitted the Form 1040 shown on Bates number USA-000456-USA-000475.  Further, Mary Ellen Nice was financially disabled after February 2008 and any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.  Further, neither Plaintiff nor any of Plaintiff's legally authorized agents or representatives had any part in preparing the document shown on Bates number USA-000456-USA-000475, however the document appears

to be as described subject to and adding only that the document appears to be an electronic copy that bears no stamp of receipt or filing date.  However, based on the stamps shown on the Form 1040 shown on Bates number USA-000456-USA-000481, it is a copy of a Form 1040 submitted to  the Internal Revenue Service ("IRS") by Charles M. Nice, III ("Chip").

**REQUEST FOR ADMISSION NO. 38:**

**Bates number USA-000456-USA-000481** bears signatures, including in the name of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Denied.  The documents shown on Bates number USA-000456-USA-000475 bears signatures, but not that of Mary Ellen Nice.  Any signature allegedly including the name of Mary Ellen Nice or Plaintiff is either a forgery or invalid as Mary Ellen Nice was incapable of signing a tax return after February 2008.  In addition, due to her financial disability, Mary Ellen Nice did not have the legal capacity to agree to the jurat on the Form 1040.

**REQUEST FOR ADMISSION NO. 39:**

**Bates number USA-000456-USA-000481** bears the name and address of Mary Ellen Cranmer Nice.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Admitted, subject to and addition only that the document referred to appears to begin on Bates number 000456 and end on Bates number 000475.

**REQUEST FOR ADMISSION NO. 40:**

**Bates number USA-000456-USA-000481** bears Mary Ellen Cranmer Nice's Social Security number.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Admitted, subject to and addition only that the document referred to appears to begin on Bates number 000456 and end on Bates number 000475.

**REQUEST FOR ADMISSION NO. 41:**

**Bates number USA-000456-USA-000481** reports adjusted gross income totaling $248,714.00.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Denied. The documents shown on Bates number USA-000456-USA-000475 show adjusted gross income totaling $248,714.00, but this adjusted gross income is not the adjusted gross income of Plaintiff or Mary Ellen Nice for the tax year 2013. See Plaintiff's claim for refund filed with the IRS which accurately shows her adjusted gross income for 2013.

**REQUEST FOR ADMISSION NO. 42:**

**Bates number USA-000456-USA-000481** does not include any indication that is **not** the return of Mary Ellen Cranmer Nice for tax year ending December 31, 2013.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Denied. An invalid, illegal, unauthorized and/or forged tax return does not have to indicate and would not normally indicate on its face that it is not the return of Mary Ellen Nice for the year ending December 31, 2013. As stated in Plaintiff's claim for refund, Charles M. Nice, III ("Chip") prepared forged/illegal returns in an attempt to hide the fact that he was diverting Plaintiff's funds for his own use.

**REQUEST FOR ADMISSION NO. 43:**

**Bates number Nice-000001-Nice-002038** attached to these requests are true and correct copies of the documents provided to the United States pursuant to Plaintiff's Initial Disclosures.

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Admitted.

## REQUEST FOR ADMISSION NO. 44:

**Bates number Nice-000594-Nice-000601** is a true and correct copy of the power of attorney from Mary Ellen Cranmer Nice to Charles M. Nice, III dated October 26, 2011.

## RESPONSE TO REQUEST FOR ADMISSION NO. 44:

Denied.  The documents with Bates number Nice-000594-Nice-000601 is not a power of attorney as Mary Ellen Nice did not have the legal capacity in October 2011 to enter into any contracts, including the alleged power of attorney.  The document with Bates number Nice-000594-Nice-000601 was declared to be an absolute nullity, *void ab initio*, by the Civil District Court for Orleans Parish on June 16, 2016.  A copy of this judgment has been provided to the defendant and appears at Bates number Nice 000215-000216..  However, the document with Bates number Nice-000594-Nice-000601 is a true and correct copy of the fraudulent and *void ab initio* document showing Charles M. Nice, III as the power of attorney for Mary Ellen Nice.

## REQUEST FOR ADMISSION NO. 45:

The above-referenced power of attorney bears the signature of Mary Ellen Cranmer Nice.

## RESPONSE TO REQUEST FOR ADMISSION NO. 45:

Admitted.  However, any signature allegedly including the name of Mary Ellen Nice is invalid as Mary Ellen Nice did not have the legal capacity in October 2011 to enter into any contracts, including the alleged power of attorney.

## REQUEST FOR ADMISSION NO. 46:

**Bates number Nice-000215-Nice-000216** is a true and correct copy of the Judgment entered by the Judge of the Civil District Court, Parish of Orleans, Division "C", State of

Louisiana, on June 16, 2016, declaring the above-referenced power of attorney to be void *ab initio*, in accordance with Louisiana Civil Code Articles 2030 and 2033.

**RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Admitted.

**REQUEST FOR ADMISSION NO. 47:**

The above-referenced power of attorney was in effect when Plaintiff's 2006, 2007, 2009, 2010, 2011, and 2013 tax returns were filed with the IRS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Denied. As the Civil District Court for Orleans Parish adjudicated the document named "Power of Attorney" Bates number Nice-000594-Nice-000601 as an absolute nullity, void *ab initio*, it was never in effect. Mary Ellen Nice did not have the capacity to execute any contracts after February 2008, including the document Bates number Nice-000594-Nice-000601.

**REQUEST FOR ADMISSION NO. 48:**

From October 26, 2011 until June 16, 2016, Charles M. Nice, III had the apparent authority to make decisions, including financial decisions, on behalf of Mary Ellen Cranmer Nice as her power of attorney.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Denied. As the Civil District Court for Orleans Parish adjudicated the document named "Power of Attorney" Bates number Nice-000594-Nice-000601 as an absolute nullity, void *ab initio*, Charles M. Nice, III had no authority, apparent or otherwise, and was never Mary Ellen Cranmer Nice's power of attorney, legal representative, fiduciary, or otherwise legally authorized to act on behalf of Mary Ellen Cranmer Nice.

**REQUEST FOR ADMISSION NO. 49:**

During the period in question, Mary Ellen Cranmer Nice was the sole signatory of a checking account at Capital One Bank, N.A. with the following account number:█████9765 (the "Checking Account").

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Plaintiff can neither admit nor deny this request for admission, as plaintiff does not presently have the complete records for the bank account in question for all time periods at issue.

**REQUEST FOR ADMISSION NO. 50:**

During the period in question, Mary Ellen Cranmer Nice owned an Individual Investment Account with Fidelity Investments with the following account number: █████3859.

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Admitted in part. Mary Ellen Cranmer Nice was listed as the owner of such account but was barred from access to such accounts by Charles M. Nice, III.

**REQUEST FOR ADMISSION NO. 51:**

During the period in question, Mary Ellen Cranmer Nice owned a Fidelity Traditional IRA account with Fidelity Investments with the following account number: █████5655.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Admitted in part. Mary Ellen Cranmer Nice was listed as the owner of such account but was barred from access to such accounts by Charles M. Nice, III.

**REQUEST FOR ADMISSION NO. 52:**

During the period in question, Mary Ellen Cranmer Nice owned Savings and Investments Plans with TIAA-CREF with the following account numbers:█████34A-3 and █████34A-1.

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Admitted in part.  Mary Ellen Cranmer Nice was listed as the owner of such account but was barred from access to such accounts by Charles M. Nice, III.

**REQUEST FOR ADMISSION NO. 53:**

During the period in question, Mary Ellen Cranmer Nice had a retirement account with Louisiana State Employees' Retirement System ("LASERS").

**RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Admitted in part.  Mary Ellen Cranmer Nice was listed as the beneficiary of such account but was barred from access to such accounts by Charles M. Nice, III.

**REQUEST FOR ADMISSION NO. 54:**

Between the period of January 1, 2009 through December 31, 2013, distributions were made into Mary Ellen Cranmer Nice's Checking Account from the following accounts: the Individual Investment Account; Fidelity Traditional IRA; TIAA-CREF Savings and Investment Plans; the LASERS retirement account; and Social Security.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Admitted in part.  However, these distributions were diverted by Charles M. Nice, III, for his personal use before Mary Ellen Nice received any benefit from the distributions.  Further, except for the social security benefits reported by Mary Ellen Nice on Forms 1040X for the years 2009 through 2013, Mary Ellen Nice never actually or constructively received any of these distributions.

**REQUEST FOR ADMISSION NO. 55:**

Charles M. Nice, III never claimed the distributions from the accounts referenced in Requests for Admission No. 50-53 as income to him on a federal income tax return (*i.e.*, a Form 1040).

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Plaintiff believes this to be true and correct to the best of Plaintiff's knowledge.

**REQUEST FOR ADMISSION NO. 56:**

Charles M. Nice, III lived with his mother, Mary Ellen Cranmer Nice at 508 Millaudon Street, New Orleans, Louisiana, until November 7, 2014.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Admitted.

**REQUEST FOR ADMISSION NO. 57:**

Mary Ellen Cranmer Nice's husband, Charles M. Nice, Jr., died on October 28, 2002.

**RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

Admitted.

**REQUEST FOR ADMISSION NO. 58:**

Following the death of Charles M. Nice, Jr., Charles M. Nice, III, was named as executor of Charles M. Nice, Jr.'s estate (the "Estate").

**RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

Admitted.

**REQUEST FOR ADMISSION NO. 59:**

Charles M. Nice, III, remained executor of the Estate until his death.

**RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

Admitted.

**REQUEST FOR ADMISSION NO. 60:**

As executor of the Estate, Charles M. Nice, III managed Mary Ellen Cranmer Nice's financial affairs for a period of approximately twelve years.

**RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

Denied.  Serving as the executor of the decedent, Dr. Charles, M. Nice, Jr. gave Charles M. Nice, III no rights, legal, financial, or otherwise over Mary Ellen Cranmer Nice's person, finances, legal matters, assets, or other and was solely limited to the assets owned by Dr. Charles M. Nice, Jr.

**REQUEST FOR ADMISSION NO. 61**

As executor of the Estate, Charles M. Nice, III maintained the home located at 508 Millaudon Street, New Orleans, Louisiana, for a period of approximately twelve years.

**RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

Denied.  While Charles M. Nice, III relocated into the home located at 508 Millaudon Street, he possessed only the naked ownership of one half of the property; and failed to properly maintain the property.

**REQUEST FOR ADMISSION NO. 62:**

Charles M. Nice, III died on January 1, 2015.

**RESPONSE TO REQUEST FOR ADMISSION NO. 62:**

Admitted.

**REQUEST FOR ADMISSION NO. 63:**

Mary Ellen Cranmer Nice died on March 21, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

Admitted.

**REQUEST FOR ADMISSION NO. 64:**

Neither Mary Ellen Cranmer Nice, nor any representative, agent, or family member acting on her behalf, filed a lawsuit against Charles M. Nice, III or a representative of his estate for the recovery of funds that were allegedly diverted by him.

**RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

Admitted, as Charles M. Nice III had no assets at the time of his death.

|  |  |
|---|---|
| Dated: July 5, 2019 | */s/ Michael A. Mayhall* |
|  | Michael A. Mayhall (LA. #09182) |
|  | THE MAYHALL LAW FIRM |
|  | 724 E. Boston Street |
|  | Covington, Louisiana  70433 |
|  | (985) 246-1700 |
|  | mike@mayhalltaxlaw.com |
|  |  |
|  | */s/ Herbert V. Larson, Jr.* |
|  | Herbert V. Larson, Jr. (LA. #08052) |
|  | THE LAW OFFICES OF |
|  |   HERBERT V. LARSON, JR. |
|  | 700 Camp Street |
|  | New Orleans, Louisiana 70130 |
|  | (504) 528-9500 |
|  | hvl@hvllaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July 2019, I served the foregoing Plaintiff's Responses to United States of America's First Request for Admissions via electronic mail and that on the 8th day of July 2019 Federal Express I served the foregoing Plaintiff's Responses to United States of America's First Request for Admissions to the following counsel of record:

Elizabeth N. Duncan
Tax Division, U.S. Department of Justice
555 4th Street NW, Room 6905
Washington, D.C. 20001
Elizabeth.N.Duncan@usdoj.gov

*/s/ Herbert V. Larson, Jr.*