IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____) | Case No. 2:18-cv-07362-JTM-DMD |

**UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States of America, pursuant to Federal Rule of Civil Procedure 56, moves for summary judgment on the following issue: whether the taxpayer, Mary Ellen Cranmer Nice, actually received the items of income directly deposited into the taxpayer's personal checking account and thereafter reported on her federal income tax returns. ECF No. 1. The Court should grant the United States' motion for summary judgment and determine that, as a matter of law, the taxpayer received the items of income at issue.

Filed with this Motion, in accordance with Local Rules 7.2. 7.4, and 56.1, respectively, is a notice of submission, a memorandum of law, a statement of undisputed material facts, and the Declaration of Elizabeth N. Duncan with Exhibits, from which the facts set forth below are taken.

2

Dated: January 10, 2020              Respectfully submitted,


                                     RICHARD E. ZUCKERMAN
                                     Principal Deputy Assistant Attorney General


                                     */s/ Elizabeth N. Duncan*
                                     ELIZABETH N. DUNCAN
                                     Virginia Bar No. 90685
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice
                                     P.O. Box 14198
                                     Washington, D.C. 20044
                                     (202) 514-6546 (v)
                                     (202) 514-4963 (f)
                                     Elizabeth.N.Duncan@usdoj.gov

                                     Of counsel:

                                     PETER G. STRASSER
                                     United States Attorney
                                     Eastern District of Louisiana

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which send notification to the following counsel of record:

    Michael A. Mayhall
    The Mayhall Law Firm
    724 E. Boston Street
    Covington, Louisiana 70433
    (985) 246-1700
    mike@mayhalltaxlaw.com

    Herbert V. Larson, Jr.
    The Law Offices of Herbert V. Larson, Jr.
    700 Camp Street
    New Orleans, Louisiana 70130
    (504) 528-9500
    hvl@hvllaw.com

    */s/ Elizabeth N. Duncan*
    ELIZABETH N. DUNCAN
    Trial Attorney, Tax Division
    United States Department of Justice