IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE, | Case No. 2:18-cv-07362-JTM-DMD |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**UNITED STATES' NOTICE OF SUBMISSION OF**
**MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States of America, in accordance with Local Rule 7.4 of the Eastern District of Louisiana, submits the foregoing Notice of Submission of United States' Motion for Summary Judgment. The United States' Motion for Summary Judgment is set for submission on **Wednesday, January 29, 2020**.

Dated: January 10, 2020

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
Virginia Bar No. 90685
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
(202) 514-6546 (v)
(202) 514-4963 (f)
Elizabeth.N.Duncan@usdoj.gov

Of counsel:

PETER G. STRASSER
United States Attorney
Eastern District of Louisiana

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which send notification to the following counsel of record:

    Michael A. Mayhall
    The Mayhall Law Firm
    724 E. Boston Street
    Covington, Louisiana 70433
    (985) 246-1700
    mike@mayhalltaxlaw.com

    Herbert V. Larson, Jr.
    The Law Offices of Herbert V. Larson, Jr.
    700 Camp Street
    New Orleans, Louisiana 70130
    (504) 528-9500
    hvl@hvllaw.com

                        */s/ Elizabeth N. Duncan*
                        ELIZABETH N. DUNCAN
                        Trial Attorney, Tax Division
                        United States Department of Justice