IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE, | Case No. 2:18-cv-07362-JTM-DMD |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**UNITED STATES' STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1. Charles M. Nice, Jr., predeceased the taxpayer, Mary Ellen Cranmer Nice, in 2002, leaving her substantial assets and accounts, which were sufficient to care for her for the remainder of her life. *See* Compl. ¶ 8.

2. Specifically, the taxpayer was the owner and/or beneficiary of the following accounts:

    a. An Individual Investment Account with Fidelity Investments ending in XXX-XX3859.

    b. A Fidelity Traditional IRA account with Fidelity Investments ending XXX-XX5655.

    c. Savings and Investments Plans with TIAA-CREF ending in XXXX34A-3 and XXXX34A-3, respectively.

    d. A retirement account with Louisiana State Employees' Retirement System ("LASERS").

*See* Pl.'s Response to RFA Nos. 50-53, attached as **Exhibit 2** to the Declaration of Elizabeth N. Duncan, filed with defendant's Motion.

    3.    Between the period of January 1, 2009 through December 31, 2013, distributions were made into Mrs. Nice's Capital One Bank, N.A. checking account ending in XXXXXX9765 from the following sources: the Individual Investment Account; the Fidelity Traditional IRA; the TIAA-CREF Savings and Investment Plans; the LASERS retirement account; and Social Security.  *See* Pl.'s Response to RFA No. 54[1]; *see also* copies of Mary Ellen Cranmer Nice's Capital One Bank, N.A. checking account bank statements, attached as **Exhibit 4** to the Declaration of Elizabeth N. Duncan.

    4.    The financial institutions, including TIAA-CREF and LASERS, issued 1099-Rs to the taxpayer for purposes of reporting the above-referenced items of income disbursed into her personal checking accounting ending in XXXXXX9765.  *Se*e copies of the taxpayer's Wage and Income Transcripts for tax years 2009 through 2013, attached as **Exhibit 5** to the Declaration of Elizabeth N. Duncan.[2]

    5.    The taxpayer filed federal income tax returns for tax years 2006, 2007, 2009, 2010,

---

[1] Plainitff admitted RFA No. 54 in part, admitting that the distributions were made into Mrs. Nice's account, but alleged that the distributions were allegedly "diverted by Chip Nice for his personal use."

[2] A wage and income transcript shows all of a taxpayer's income information that his or her employers, bank, and financial institutions, and other payers reported to the IRS for a particular tax year.  The IRS can only access a taxpayer's wage and income transcripts for the last ten years.

2011, 2012, and 2013. *See* copies of taxpayer's federal income tax returns for tax years 2006, 2007, and 2009 through 2013, attached as **Exhibits 6-12** to the Declaration of Elizabeth N. Duncan.

| | |
|---|---|
| Dated: January 10, 2020 | Respectfully submitted, |

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
Virginia Bar No. 90685
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
(202) 514-6546 (v)
(202) 514-4963 (f)
Elizabeth.N.Duncan@usdoj.gov

Of counsel:

PETER G. STRASSER
United States Attorney
Eastern District of Louisiana

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of January 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which send notification to the following counsel of record:

    Michael A. Mayhall
    The Mayhall Law Firm
    724 E. Boston Street
    Covington, Louisiana 70433
    (985) 246-1700
    mike@mayhalltaxlaw.com

    Herbert V. Larson, Jr.
    The Law Offices of Herbert V. Larson, Jr.
    700 Camp Street
    New Orleans, Louisiana 70130
    (504) 528-9500
    hvl@hvllaw.com

                                          */s/ Elizabeth N. Duncan*
                                          ELIZABETH N. DUNCAN
                                          Trial Attorney, Tax Division
                                          United States Department of Justice