IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| THE ESTATE OF MARY ELLEN CRANMER NICE, | ) )  Case No. 2:18-cv-07362-JTM-DMD |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, the Estate of Mary Ellen Cranmer Nice, and Defendant, the United States of America, pursuant to FED. R. CIV. PROC. 41(a)(1)(A)(ii), stipulate to the dismissal of the above-referenced proceeding with prejudice, with all parties bearing their own costs and expenses, including attorneys' fees.

Dated: January 21, 2020

**For Plaintiff**

*/s/ Michael. A. Mayhall*
MICHAEL A. MAYHALL
The Mayhall Law Firm
724 E. Boston Street
Covington, Louisiana 70433
Telephone: (985) 246-1700
mike@mayhalltaxlaw.com


*/s/ Herbert V. Larson, Jr.*
HERBERT V. LARSON, JR.
The Law Offices of Herbert V. Larson, Jr.
700 Camp Street
New Orleans, Louisiana 70130

**For Defendant**

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Elizabeth N. Duncan*
ELIZABETH N. DUNCAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Telephone: (202) 514-6546
Elizabeth.N.Duncan@usdoj.gov

Of counsel:

PETER G. STRASSER

Telephone: (504) 528-9500
hvl@hvllaw.com

United States Attorney
Eastern District of Louisiana

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which send notification to the following counsel of record:

    Michael A. Mayhall
    The Mayhall Law Firm
    724 E. Boston Street
    Covington, Louisiana 70433
    (985) 246-1700
    mike@mayhalltaxlaw.com

    Herbert V. Larson, Jr.
    The Law Offices of Herbert V. Larson, Jr.
    700 Camp Street
    New Orleans, Louisiana 70130
    (504) 528-9500
    hvl@hvllaw.com

                                        */s/ Elizabeth N. Duncan*
                                        ELIZABETH N. DUNCAN
                                        Trial Attorney, Tax Division
                                        United States Department of Justice